UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MERCEDES BENCE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-00006-SEP |
| | ) |
| FRANK BISIGNANO,[1] | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is Defendant Acting Commissioner Frank Bisignano's Motion to Reverse and Remand the case to the Acting Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Doc. [13]. Plaintiff has not responded to the motion.

Plaintiff's Complaint sought review of the ALJ's decision that she was not under a disability within the meaning of the Social Security Act. Doc. [1]. Defendant answered and filed the transcript of the administrative proceedings. Doc. [11]. Plaintiff filed a brief in support of the Complaint. Doc. [12].

In lieu of a response to Plaintiff's brief, Defendant filed the instant Motion to Reverse and Remand the case for further action under sentence four of section 205(g) of the Social Security Act. That provision permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). Defendant represents that, upon review of the record, agency counsel determined that remand was necessary for further evaluation of Plaintiff's claim.

Upon review of Plaintiff's brief, the ALJ's decision, and the Acting Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Reverse and Remand, Doc. [13], is **GRANTED**.

---

[1] Frank Bisignano became Acting Commissioner for the SSA in May 2025. Pursuant to Federal Rule of Civil Procedure 15(d), Bisignano is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is **REVERSED,** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

Dated this 15th day of July, 2025.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE